

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 1, 2021

**BY ECF**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Frederick L. Scheinin*, 20 Cr. 133 (JSR)

Dear Judge Rakoff:

    Please find attached as Exhibit A the Federal Bureau of Prison's response to the Court's September 14, 2021 Order. Attached as Exhibit B are photographs of the note found in the defendant's jail cell on the morning of June 23, 2021. All other photographs taken in or around the defendant's jail cell have been filed under seal, pursuant to the Court's September 30, 2021 Order.

                                       Respectfully submitted,

                                       AUDREY STRAUSS
                                       United States Attorney

              by: /s/_____
                            Nicholas W. Chiuchiolo / Daniel G. Nessim
                            Assistant United States Attorneys
                            (212) 637-1247 / 2486

cc: Tamara Giwa, Esq., and Sylive Levine, Esq. (by ECF)